IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LEE SEWARD,**<br><br>                                    Petitioner,<br><br>         v.<br><br>**ROSANNE CAMPBELL, Warden,**<br><br>                                    Respondent. | 1:06-CV-0888 AWI SMS HC<br><br>**ORDER** |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 24, 2006, Respondent filed a motion to extend time to file an answer to Petitioner's Petition for Writ of Habeas Corpus.

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's request for enlargement of time in which to file an answer to Petitioner's Petition For Writ of Habeas Corpus is GRANTED to November 29, 2006.

IT IS SO ORDERED.

**Dated:   November 2, 2006**             /s/ Sandra M. Snyder
23ehd0                              UNITED STATES MAGISTRATE JUDGE

Order

1