1
2
3
4
5
6
7
8
9
10          UNITED STATES DISTRICT COURT
11              EASTERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| JAMES LEE SEWARD, ) | 1:06-CV-00888 LJO SMS HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #14] |
| v. ) | |
| ) | ORDER DENYING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS AND DIRECTING |
| ROSANNE CAMPBELL, Warden, ) | CLERK OF COURT TO ENTER JUDGMENT |
| ) | |
| Respondent. ) | ORDER DECLINING ISSUANCE OF |
| _____ ) | CERTIFICATE OF APPEALABILITY |

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.

        On July 22, 2008, the Magistrate Judge issued a Findings and Recommendation that

recommended the petition for writ of habeas corpus be DENIED.  This Findings and

Recommendation was served on all parties and contained notice that any objections to the Findings

and Recommendation were to be filed within thirty (30) days of the date of service of the order.

Over thirty (30) days have passed and no party has filed objections.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de

novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings

1    and Recommendation is supported by the record and proper analysis.

2        A state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a

3    district court's denial of his petition, and an appeal is only allowed in certain circumstances.  Miller-

4    El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).  The controlling statute in determining whether to issue

5    a certificate of appealability is 28 U.S.C. § 2253, which provides as follows:

6        (a) In a habeas corpus proceeding or a proceeding under section 2255 before a
         district judge, the final order shall be subject to review, on appeal, by the court
7        of appeals for the circuit in which the proceeding is held.

8        (b) There shall be no right of appeal from a final order in a proceeding to test the
         validity of a warrant to remove to another district or place for commitment or trial
9        a person charged with a criminal offense against the United States, or to test the
         validity of such person's detention pending removal proceedings.

10
     (c)    (1) Unless a circuit justice or judge issues a certificate of appealability, an
11           appeal may not be taken to the court of appeals from–

12              (A) the final order in a habeas corpus proceeding in which the
                detention complained of arises out of process issued by a State
13              court; or

14              (B) the final order in a proceeding under section 2255.

15           (2) A certificate of appealability may issue under paragraph (1) only if the
             applicant has made a substantial showing of the denial of a constitutional right.
16
             (3) The certificate of appealability under paragraph (1) shall indicate which
17           specific issue or issues satisfy the showing required by paragraph (2).

18       If a court denies a petitioner's petition, the court may only issue a certificate of appealability

19   "if jurists of reason could disagree with the district court's resolution of his constitutional claims or

20   that jurists could conclude the issues presented are adequate to deserve encouragement to proceed

21   further." Miller-El, 123 S.Ct. at 1034; Slack v. McDaniel, 529 U.S. 473, 484 (2000).  While the

22   petitioner is not required to prove the merits of his case, he must demonstrate "something more than

23   the absence of frivolity or the existence of mere good faith on his . . . part." Miller-El, 123 S.Ct. at

24   1040.

25       In the present case, the Court finds that reasonable jurists would not find the Court's

26   determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or

27   deserving of encouragement to proceed further.  Petitioner has not made the required substantial

28   showing of the denial of a constitutional right.  Accordingly, the Court hereby DECLINES to issue a

1   certificate of appealability.

2        Accordingly, IT IS HEREBY ORDERED that:

3        1. The Findings and Recommendation issued July 22, 2008, is ADOPTED IN FULL;

4        2. The petition for writ of habeas corpus is DENIED WITH PREJUDICE;

5        3. The Clerk of the Court is DIRECTED to enter judgment; and

6        4. The Court DECLINES to issue a certificate of appealability.

7   IT IS SO ORDERED.

8   **Dated:**   **September 2, 2008**            **/s/ Lawrence J. O'Neill**

9                                 UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28